■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. THOMAS MARTIN, J. CARLISLE PIERCE, KENNETH ALT and JAMES I. ROBERTS, Respondents.— Order unanimously reversed, demurrer disallowed, and indictment reinstated. Memorandum: The allegations of the indictment sufficiently charge violations of sections 1857 of the Penal Law and 913-k of the Code of Criminal Procedure. The demurrer should be disallowed. (Appeal from order of Onondaga County Court dismissing Indictment No. 62–210.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. THOMAS MARTIN, J. CARLISLE PIERCE, KENNETH ALT and JAMES I. ROBERTS, Respondents.— Order modified in accordance with the memorandum and as modified affirmed. Memorandum: The District Attorney should have leave to resubmit the case to the Grand Jury. All concur, except Williams, P. J., who dissents and votes for reversal and reinstatement of the indictment on the ground that the indictment sufficiently charges a crime. (Appeal from order of Onondaga County Court dismissing Indictment No. 62–211.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. THOMAS MARTIN, J. CARLISLE PIERCE, KENNETH ALT and JAMES I. ROBERTS, Respondents. (Indictment No. 62–212.) — Same decision as in case of *People* v. *Martin* (18 A D 2d 1130). (Appeal from order of Onondaga County Court dismissing Indictment No. 62–212.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LA PLACA, Appellant.— Order insofar as appealed from unanimously reversed and the District Attorney of Monroe County directed to furnish to appellant forthwith a copy of the portion of the Grand Jury minutes containing the testimony of Giordano relating to crimes of assault, second degree, and murder, first degree. (Appeal from part of order of Monroe County Court denying motion by defendant for copy of Grand Jury minutes.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.